UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LYNN NOELDNER, and ANGELA TEARLE NOELDNER<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, et al.,<br><br>Defendants. | No. 2:19–cv–2166–TLN–KJN (PS)<br><br>ORDER<br><br>(ECF Nos. 1, 2, 3) |

Plaintiffs, who are proceeding without counsel in this action, filed a complaint arising from the alleged loss of property from a 2016 fire. (ECF No. 1.) Plaintiffs have requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.[1] (ECF Nos. 2, 3.) Under 28 U.S.C. § 1915, the court is to review the complaint to determine if it is frivolous or malicious, if it fails to state a claim on which relief may be granted, or if it seeks monetary relief against an immune defendant. See Id. Pro se pleadings are liberally construed. See Haines v. Kerner, 404 U.S. 519, 520-21 (1972); Balistreri v. Pacifica Police Dep't., 901 F.2d 696, 699 (9th Cir. 1988).

Upon further inspection, the undersigned notes that this action is duplicative of another action presently pending before the Court. See 2:19–cv–775–KJM–DB. In fact, Plaintiffs'

---

[1] This action proceeds before the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

filings in the instant case are directly responsive to Magistrate Judge Barnes's order in the earlier case, issued October 7, 2019. See Id. at ECF No. 3 (finding Plaintiff Jonathan Noeldner's Complaint deficient because it was not signed by Angela Noeldner, finding Jonathan and Angela Noeldner's IFP application deficient because Angela Noeldner did not submit her own IFP application, and ordering these defects to be corrected). Thus, it appears that in responding to Magistrate Judge Barnes's order, Plaintiffs have inadvertently opened a new action.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall:

1. File the complaint and motions to proceed in forma pauperis (2:19–cv–2166, ECF Nos. 1–3) under the first action (2:19–cv–775);
2. Add Plaintiff Angela Noeldner as a named plaintiff in the 2:19–cv–775 action;
3. Administratively close the 2:19–cv–2166 action; and
4. Make the appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: November 6, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

noel.2166